3

**David R. Jenkins, #95301**
**David R. Jenkins, P.C.**
**8050 N. Palm Avenue, Suite 300**
**Fresno, CA 93711**
**Telephone: (559) 264-5695**
**Facsimile: (559) 264-5693**
**Email: david@drjbklaw.com**

Attorney for Debtors
Ajitpal Singh and Jatinderjeet Sihota

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of | Case No. 20-10945-A-12 |
| | Chapter 12 |
|    Ajitpal Singh and | |
|    Jatinderjeet Kaur Sihota, | DRJ-7 |
| | Date: February 10, 2021 |
|            Debtors. | Time: 9:30 a.m. |
| | Dept. A, Judge Niemann |
| | Fifth Floor, Courtroom 11 |
| | 2500 Tulare St. Fresno CA |

# FIRST INTERIM APPLICATION OF
# DAVID R. JENKINS FOR PAYMENT OF FEES AND EXPENSES

   1.  This application is for services rendered as attorney for Ajitpal Singh and Jatinderjeet Sihota, Debtors ("Debtors") from the commencement of the case to December 31, 2020.

   2.  Terms and Conditions for Employment are that services will be billed at the hourly rates in existence at the time for the billing professional and support staff.

| Name of Applicant: | David R. Jenkins |
|---|---|
| Nature of Services for which Compensation is Requested: | General Bankruptcy Counsel |
| Date of Filing Petition: | March 12, 2020 |
| Date Application for Employment Filed: | March 30, 2020 |
| Period for which Compensation and Reimbursement of Expenses is Requested: | March 12, 2020 – December 31, 2020 |
| Date Chapter 12 Plan Confirmed: | October 23, 2020 |
| Amount of Expenses Requested as Actual, Reasonable, and Necessary during Application Period: | $ 1,092.85 |
| Total Amount of Compensation and Expenses Requested to be Allowed in this Application: | $59,638.85 |
| Retainer Remaining on Date of this Application: | $24,885.85 |
| Amount to be paid through Chapter 12 Plan: | $34,753.00 |

3. Narrative describing services rendered and case status is included in the Exhibits to this Application.

4. Summary of Fees Previously Allowed and Paid or Scheduled for Hearing:

| **Date of Hearing** | **Fees Allowed/ Requested** | **Costs Allowed/ requested** | **Payment Date** |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

5. Summary of requested fees:

| Professional | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|
| David R. Jenkins | 400.00 | 127.30 | $ 50,920.00 |
| Support Staff | 120.00 | 65.55 | $ 7,626.00 |

6. Summary of requested expense reimbursements:

| Description: | Amount: |
|---|---|
| Filing Fee | $ 0.00 |
| Copies/ Reproduction | $ 235.30 |
| Postage | $ 104.60 |
| Court Call | $ 194.35 |
| Bk Attorney Services (Certificate of Service) Copies $490.00 Postage 68.60 | $ 558.60 |
| **Total** | $ 1092.85 |

Wherefore Applicant requests that this application for fees and expenses be granted, that David R. Jenkins, be allowed to draw on the $24,885.85 currently held in trust and that the Chapter 12 Trustee be authorized to pay the remaining amount of the approved fees and expenses as an administrative expense.

Dated: January 4, 2021

/s/ David R. Jenkins
David R. Jenkins