2

**David R. Jenkins, #95301**
**David R. Jenkins, P.C.**
**8050 N. Palm Avenue, Suite 300**
**Fresno, CA 93711**
**Telephone: (559) 264-5695**
**Facsimile: (559) 264-5693**
**Email: david@drjbklaw.com**

Attorney for Debtors
Ajitpal Singh and Jatinderjeet Sihota

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of<br><br>   Ajitpal Singh and<br>   Jatinderjeet Kaur Sihota,<br><br>        Debtors. | Case No. 20-10945-A-12<br>Chapter 12<br><br>DRJ-7<br>Date: February 10, 2021<br>Time: 9:30 a.m.<br>Dept. A, Judge Niemann<br>Fifth Floor, Courtroom 11<br>2500 Tulare St. Fresno CA |

# DECLARATION OF DAVID R. JENKINS IN SUPPORT OF
# FIRST INTERIM APPLICATION OF DAVID R. JENKINS FOR
# PAYMENT OF FEES AND EXPENSES

I, David R. Jenkins, declare as follows:

1. I am the attorney for the debtors in the above captioned bankruptcy case.

2. I have reviewed the application for fees and expenses and have personal knowledge regarding all of the facts contained therein. To the best of my knowledge, all of the facts stated in the application for fees and expenses are true and correct.

3. Included in the Exhibits to this application are a true and correct copy of the following:

    a. Exhibit A - narrative describing the services rendered in this case for the period of this application.

    b. Exhibit B – supporting documentation for detailed fees and expenses by date.

c. Exhibit C – supporting documentation for detailed fees and expenses by task.
d. Exhibit D – summary of costs and expenses.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on January 7, 2021, at Fresno, California.

        **/s/ David R. Jenkins**
        David R. Jenkins