David R. Jenkins, #95301
David R. Jenkins, P.C.
8050 N. Palm Avenue, Suite 300
Fresno, CA 93711
Telephone: (559) 264-5695
Facsimile: (559) 264-5693
Email: david@drjbklaw.com

Attorney for Debtors
Ajitpal Singh and Jatinderjeet Sihota

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of<br><br>Ajitpal Singh and<br>Jatinderjeet Kaur Sihota,<br><br>Debtors. | Case No. 20-10945-A-12<br>Chapter 12<br><br>DRJ-7<br>Date: February 10, 2021<br>Time: 9:30 a.m.<br>Dept. A, Judge Niemann<br>Fifth Floor, Courtroom 11<br>2500 Tulare St. Fresno CA |

## CLIENT APPROVAL OF FIRST INTERIM APPLICATION OF DAVID R. JENKINS FOR PAYMENT OF FEES AND EXPENSES

We, AJITPAL SINGH and JATINDERJEET SIHOTA, the undersigned as the Debtors in the above-referenced bankruptcy case. We have received and reviewed the First Interim Application of David R. Jenkins, P.C. for Payment of Fees and Expenses. We have no objections to the Fee Application.

Dated: 1-6-21

_____
Ajitpal Singh

Dated: 1/6/21

_____
Jatinderjeet Sihota