26

**David R. Jenkins, #95301**
**David R. Jenkins, P.C.**
**8050 N. Palm Avenue, Suite 300**
**Fresno, CA 93711**
**Telephone: (559) 264-5695**
**Facsimile: (559) 264-5693**
**Email: david@drjbklaw.com**

Attorney for Debtors
Ajitpal Singh and Jatinderjeet Kaur Sihota

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of | Case No. 20-10945-A-12<br>Chapter 12 |
| Ajitpal Singh and<br>Jatinderjeet Kaur Sihota, | DRJ-7<br>Date: February 10, 2021 |
| Debtors. | Time: 9:30 a.m.<br>Dept. A, Judge Niemann<br>Fifth Floor, Courtroom 11<br>2500 Tulare St. Fresno CA |

**COMPENDIUM OF EXHIBITS IN SUPPORT OF**
**FIRST INTERIM APPLICATION OF**
**DAVID R. JENKINS FOR PAYMENT OF FEES AND EXPENSES**

| Exhibit | Description | Page(s) |
|---|---|---|
| A | Narrative describing the services rendered in this case for the period of this application. | 2-4 |
| B | Supporting documentation for detailed fees and expenses by date. | 5-18 |
| C | Supporting documentation for detailed fees and expenses by task. | 19-24 |
| D | Summary of Costs | 25-26 |

1

# EXHIBIT A

NARRATIVE SUMMARY
AJITPAL SINGH AND JATINDERJEET SIHOTA

<u>General Case Administration (Task Code B1200)</u>:

        This case was filed on March 12, 2020 including all commencement schedules and required documents.  Prior to filing $4839.15 and a court filing fee of $275.00  was drawn from the retainer on deposit in my Attorney Client Trust account leaving $24,885.85.  The pre-petition fees include preparation of their Chapter 12 schedules. The pre-petition fees are not included in the totals requested in this application.

        There are a number of tasks required to maintain an active Chapter 12 bankruptcy case. These include compiling and providing the necessary 521 documents, interaction with the Debtors, Trustee, creditors and various government agencies, appear and attend the 341 meeting of creditors. They also include the review and filing of operating reports and preparation of status reports as ordered by the court.  Applicant assisted the Debtors in the performance of these tasks.

| B1200 Total Atty Hours/Fees | Total Support Hours/Fees | Total Fees |
|---|---|---|
| (Rate $400/hr) | (Rate $120/hr) | |
| 15.25 hrs/ $6100.00 | 11.75 hrs/ $1410.00 | $7510.00 |

<u>Employment of Professionals and Fee Applications ( Task Code B1210)</u>:

The Bankruptcy Code requires the Debtors in possession in Chapter 12 case to obtain court approval to employ professionals. "Professionals" include but not limited to attorneys and accountants. Applicant prepared and moved for:
    1)  Authority to employ Applicant as the Debtors' general bankruptcy counsel;
    2)  Authority to employ James Edward Salven, CPA to assist Debtors in preparing reports and analyses concerning the administration of the case and in support of their proposed plans.
    3) Authority to employ the law firm of Whitney, Thompson, & Jeffcoach, a highly respected litigation firm located in Fresno California, to assist in defending an adversary proceeding filed against, the Debtors.

| B1210  Total Atty Hours/Fees | Total Support Hours/Fees | Total Fees |
|---|---|---|
| (Rate $400/hr) | (Rate $120/hr) | |
| 6.2 hrs/ $2480.00 | 2.70 hrs/ $324.00 | $2804.00 |

Exhibit A

Chapter 12 Plan and Disclosure Statement (Task Code B1230):

        Applicant along with James Salven, CPA  assisted the Debtors in the preparation of an original plan and prosecution of motions to confirm it. Confirmation was denied. Applicant with the assistance of James E. Salven, CPA prepared a modified plan and prosecution of motions to confirm it. Applicant conferred with the Chapter 12 Trustee and negotiated with several creditors on Debtors behalf  regarding various Plan terms.  Confirmation was granted. Applicant prepared an order confirming and circulated order for signatures by represented parties.

| B1230 Total Atty Hours/Fees | Total Support Hours/Fees | Total Fees |
|---|---|---|
| (Rate $400/hr) | (Rate $120/hr) | |
| 80.85 hrs/$32,340.00 | 45.45 hrs/ $5,454.00 | $37,794.00 |

Objection to claims ( Task Code B1240):

        Applicant filed an objection to the proof of claim filed by the Toronto Group. The objection was denied after the creditor's amendment of the proof of claim.

| B1240 Total Atty Hours/Fees | Total Support Hours/Fees | Total Fees |
|---|---|---|
| (Rate $400/hr) | (Rate $120/hr) | |
| 13.60 hrs/ $5,440.00 | 1.50 hrs/ $180.00 | $5,620.00 |

Adversary Proceeding ( Task Code A12100):

        The Toronto Group filed an adversary proceeding in which it seeks to have its claim liquidated and determined to be non-dischargeable in bankruptcy. The Debtors opposed the complaint and the matter is the early stages of litigation.

| A12100 Total Atty Hours/Fees | Total Support Hours/Fees | Total Fees |
|---|---|---|
| (Rate $400/hr) | (Rate $120/hr) | |
| 11.40 hrs/ $4,560.00 | 4.15 hrs/ $498.00 | $5,058.00 |

# EXHIBIT B

| March-20 | DCN | Description | Task Code | DRJ Hrs | x 400/Hr | Support Staff /120 Hr | Non Atty $ | Cost Desc. | Cost $ |
|---|---|---|---|---|---|---|---|---|---|
| | | Pre-filing meetings and conferences with clients and John Phillips. Esq. analyze data and eligibility. Preparation of Schedules and Petition and review with clients ( note: no charge for updates or filing fee from original filed case 20-10570 dismissed March 10, 2020) | B1200 | 8.50 | $ 3,400.00 | 11.95 | $ 1,434.00 | Filing Fee Copies | $275.00 $ 5.15 |
| | | | | | | | | | |
| 3/12/2020 | | Refile | B1200 | | N/C | | | | |
| 3/13/2020 | | Provide conformed documents to clients | B1200 | | | 0.30 | $ 36.00 | | |
| 3/14/2020 | | Telephone call with clients | B1200 | | N/C | | | | |
| 3/20/2020 | | Review client provided documents for 521 requirements | B1200 | 1.00 | $ 400.00 | 1.50 | $ 180.00 | | |
| 3/18/2020 | | Meet and confer with James E. Salven, (JES) CPA re MORs and projections | B1200 | 0.50 | $ 200.00 | | | | |
| 3/27/2020 | | | B1200 | | | | | Copies | $ 3.60 |
| 3/27/2020 | | Prepare and file Status Report | B1200 | 1.00 | $ 400.00 | 0.30 | $ 36.00 | Postage | $ 7.80 |
| 3/30/2020 | DRJ-1 | Prepare, file and serve Motion to Employ DRJ | B1210 | 1.00 | $ 400.00 | 0.30 | $ 36.00 | Postage | $ 7.80 |
| 3/30/2020 | | Telephone call with clients | B1210 | | N/C | | | | |
| 3/30/2020 | | | | | | | | Copies | $ 6.00 |
| | | | | 3.50 | $ 1,400.00 | 2.40 | $ 288.00 | | $ 25.20 |

FEES        $ 1,400.00
SUPPORT  $   288.00
COSTS      $     25.20
TOTAL      $ 1,713.20

| April-20 | DCN | Description | Task Code | DRJ Hrs | x 400/Hr | Support Staff 120/Hr | Non Atty $ | Cost Desc. | Cost $ |
|---|---|---|---|---|---|---|---|---|---|
| 4/2/2020 | | Preparation for and attend Status Conference | B1200 | 1.00 | $ 400.00 | | | Court Call | $ 73.25 |
| 4/2/2020 | | Confer with clients re Status Conference | B1200 | 0.50 | $ 200.00 | | | Copies | $ 0.50 |
| 4/8/2020 | | Discuss with Ch 12 Trustee re Covid 341 Notices | B1200 | 0.10 | $ 40.00 | | | | |
| 4/8/2020 | | Respond to email from Ch 12 Trustee | B1200 | | | 0.20 | $ 24.00 | | |
| 4/10/2020 | | Prepare and Provide 521 documents to Ch 12 Trustee | B1200 | | | 1.70 | $ 204.00 | | |
| 4/12/2020 | | Telephone Call with JES, CPA re MOR | B1200 | 0.20 | $ 80.00 | | | | |
| 4/12/2020 | | Telephone call with client | B1200 | | N/C | | | | |
| 4/15/2020 | | Review MOR with client | B1200 | | | 0.20 | $ 24.00 | | |
| 4/16/2020 | | Review MOR for filing | B1200 | 0.10 | $ 40.00 | | | | |
| 4/16/2020 | | File and serve MOR | B1200 | | | 0.20 | $ 24.00 | | |
| 4/16/2020 | | Telephone call with client | B1200 | | N/C | | | | |
| 4/17/2020 | | Review 2004 motions filed by FCW | B1200 | 0.30 | $ 120.00 | | | | |
| 4/19/2020 | | Meet with clients | B1230 | 1.50 | $ 600.00 | | | | |
| 4/21/2020 | | Liquidation Analysis | B1230 | 1.00 | $ 400.00 | 1.00 | $ 120.00 | | |
| 4/22/2020 | | Plan and Budget analysis | B1230 | 2.00 | $ 800.00 | 1.50 | $ 180.00 | | |
| 4/22/2020 | | Telephone call with client | B1230 | | N/C | | | | |
| 4/26/2020 | | Confer with Ch 12 Trustee re plan and other issues | B1230 | 0.40 | $ 160.00 | 0.40 | $ 48.00 | | |
| 4/27/2020 | | Telephone call with clients, test Zoom | B1200 | 0.50 | $ 200.00 | | | | |
| 4/27/2020 | | Confer with clients and examine documents re eligibilty | B1200 | 1.00 | $ 400.00 | 0.50 | $ 60.00 | | |
| 4/27/2020 | | Prepare eligibility ledger and documents to provide to Ch 12 Trustee | B1200 | | | 1.50 | $ 180.00 | | |
| 4/29/2020 | | Preparation for and attend  341 hearing | B1200 | 1.50 | $ 600.00 | | | | |
| 4/29/2020 | | Declaration/Affadavit re ID SS | B1200 | 0.10 | $ 40.00 | | | | |
| 4/29/2020 | | Telephone call with clients | B1200 | | N/C | | | | |
| | | | | | | | | | |
| | | | | 10.20 | $ 4,080.00 | 7.20 | $ 864.00 | | $ 73.75 |

| | | |
|---|---|---|
| FEES | $ | 4,080.00 |
| SUPPORT | $ | 864.00 |
| COSTS | $ | 73.75 |
| TOTAL | $ | 5,017.75 |

| May-20 | DCN | Description | Task Code | DRJ Hrs | x 400/Hr | Support Staff 120/Hr | Non Atty $ | Cost Desc. | Cost $ |
|---|---|---|---|---|---|---|---|---|---|
| 5/2/2020 | | Meet and confer with clients re income/expenses | B1230 | 1.50 | $ 600.00 | | | | |
| 5/3/2020 | | Exchange emails and documents | B1230 | | | 1.00 | $ 120.00 | | |
| 5/3/2020 | | Telephone call with client | | | N/C | | | | |
| 5/11/2020 | | Meet and confer with Ch 12 Trustee | B1200 | 1.00 | $ 400.00 | 1.00 | $ 120.00 | | |
| 5/13/2020 | | Prepare, file and serve Status Report | B1200 | 0.75 | $ 300.00 | 1.00 | $ 120.00 | copies | $ 0.80 |
| 5/13/2020 | | Telephone call with client | B1200 | | N/C | | | postage | $ 1.00 |
| 5/18/2020 | | Confer with JES re MOR and Budget preparations | B1230 | 0.50 | $ 200.00 | 0.50 | $ 60.00 | | |
| 5/19/2020 | | Review MOR | B1200 | 0.30 | $ 120.00 | | | | |
| 5/20/2020 | Status | Prepare for and attend Status Conference | B1200 | 2.20 | $ 880.00 | | | Court Call | $ 22.50 |
| 5/20/2020 | | File and serve MOR | B1200 | | | 0.75 | $ 90.00 | | |
| 5/20/2020 | | Telephone call with client | B1200 | | N/C | | | | |
| 5/26/2020 | | 2004 Exam Manjit Kaur | B1200 | | N/C | | | | |
| 5/26/2020 | | Compile and Prepare Data for Budget Projections | B1230 | | | 2.00 | $ 240.00 | | |
| 5/27/2020 | | Telephone call with client | B1230 | | N/C | | | | |
| 5/29/2020 | | Telephone call with John Phillips | A12100 | 0.75 | $ 300.00 | 0.75 | $ 90.00 | | |
| 5/30/2020 | | Draft Plan and Liquidation calculations | B1230 | 3.20 | $ 1,280.00 | 2.00 | $ 240.00 | | |
| 5/31/2020 | | | | | | | | | |
| | | | | 10.20 | $ 4,080.00 | 9.00 | $ 1,080.00 | | $ 24.30 |

|  |  |  |
|---|---|---|
| FEES | $ | 4,080.00 |
| SUPPORT | $ | 1,080.00 |
| COSTS | $ | 24.30 |
| TOTAL | $ | 5,184.30 |

Exhibit B
8

| June-20 | DCN | Description | Task Code | DRJ Hrs | x 400/Hr | Support Staff 120/Hr | Non Atty $ | Cost Desc. | Cost $ |
|---|---|---|---|---|---|---|---|---|---|
| 6/3/2020 | | Review budget with clients | B1230 | | | 0.50 | $ 60.00 | | |
| 6/4/2020 | | Telephone call with client | | | N/C | | | | |
| 6/8/2020 | DRJ-2 | Prepare Budget Templates | B1230 | | | 2.00 | $ 240.00 | | |
| 6/8/2020 | DRJ-2 | Review budget information with JES and Clients | B1230 | 1.50 | $ 600.00 | | | | |
| 6/9/2020 | DRJ-2 | Plan Preparation | B1230 | 1.50 | $ 600.00 | | | | |
| 6/9/2020 | DRJ-2 | Telephone call with client | | | N/C | | | | |
| 6/10/2020 | DRJ-2 | Finalize Plan | B1230 | 2.50 | $ 1,000.00 | 3.00 | $ 360.00 | | |
| 6/10/2020 | DRJ-2 | Telephone call with client | | | N/C | | | | |
| 6/10/2020 | DRJ-2 | Telephone calls and emails to/from JES | B1230 | 2.00 | $ 800.00 | | | | |
| 6/10/2020 | DRJ-2 | Review  Plan with clients | B1230 | 1.50 | $ 600.00 | | | | |
| 6/10/2020 | DRJ-2 | File Plan | B1230 | | | 0.50 | $ 60.00 | | |
| 6/16/2020 | DRJ-2 | Prepare Motion to Confirm | B1230 | 3.00 | $ 1,200.00 | 2.00 | $ 240.00 | | |
| 6/16/2020 | DRJ-2 | Telephone call with client | | | N/C | | | | |
| 6/17/2020 | DRJ-2 | Review Motion with clients | B1230 | 1.00 | $ 400.00 | | | | |
| 6/17/2020 | DRJ-2 | Finalize Motion to Confirm | B1230 | 1.30 | $ 520.00 | | | Postage | $ 76.80 |
| 6/17/2020 | DRJ-2 | File and Serve Motion to Confirm | B1230 | | | 4.00 | $ 480.00 | Copies | $ 163.20 |
| 6/23/2020 | | File/Serve May MOR | B1200 | | | 0.50 | $ 60.00 | | |
| 6/23/2020 | | Telephone call with client | | | N/C | | | | |
| 6/24/2020 | | Telephone call with client | | | N/C | | | | |
| 6/25/2020 | | Prepare for and attend Status Conference | B1200 | 0.50 | $ 200.00 | | | Court Call | $ 22.50 |
| 6/25/2020 | | Telephone call with client | | | N/C | | | | |
| 6/27/2020 | | Review Subpoena by FCW for Bachitar Sooch and B & S | B1200 | 0.30 | $ 120.00 | | | | |
| 6/30/2020 | | Telephone call  with Michael Gomez counsel for FCW | B1230 | 0.45 | $ 180.00 | 0.45 | $ 54.00 | | |
| | | | | 15.55 | $ 6,220.00 | 12.95 | $ 1,554.00 | | $ 262.50 |

|  |  |
|---|---|
| **FEES** | **$ 6,220.00** |
| **SUPPORT** | **$ 1,554.00** |
| **COSTS** | **$ 262.50** |
| **TOTAL** | **$ 8,036.50** |

Exhibit B

9

| July-20 | DCN | Description | Task Code | DRJ Hrs | x 400/Hr | Support Staff 120/Hr | Non Atty $ | Cost Desc. | Cost $ |
|---|---|---|---|---|---|---|---|---|---|
| 7/1/2020 | DRJ-3 | Prepare Motion to Employ JES | B1210 | 1.50 | $ 600.00 | | | | |
| 7/1/2020 | DRJ-3 | Telephone call with client | | | N/C | | | | |
| 7/1/2020 | DRJ-3 | File and Serve Motion | B1210 | | | 0.50 | $ 60.00 | | |
| | | | | | | | | | |
| 7/9/2020 | DRJ-2 | Telephone conference with Michael Gomez re Plan | B1230 | 0.70 | $ 280.00 | 0.70 | $ 84.00 | | |
| 7/9/2020 | DRJ-2 | Review Objection to Confirmation of Plan by FCW | B1230 | 0.20 | $ 80.00 | | | | |
| 7/9/2020 | DRJ-2 | Review Objection to Confirmation of Plan by BOTS | B1230 | 0.40 | $ 160.00 | | | | |
| 7/9/2020 | DRJ-2 | Review Objection to Confirmation of Plan by Nebraska State Ba | B1230 | 0.50 | $ 200.00 | | | | |
| 7/9/2020 | DRJ-2 | Review Objection to Confirmation of Plan by Toronto Grp | B1230 | 1.00 | $ 400.00 | | | | |
| 7/9/2020 | DRJ-2 | Telephone call with client | | | N/C | | | | |
| 7/10/2020 | | Review and forward MOR Information to JES | B1200 | | | 0.20 | $ 24.00 | | |
| 7/15/2020 | DRJ-2 | Prepare Response to Toronto Gp  Objection to Motion to Confirm Ch 12 Plan | B1230 | 1.50 | $ 600.00 | 1.00 | $ 120.00 | | |
| 7/15/2020 | DRJ-2 | Prepare Response to BOTS  Objection to Motion to Confirm Ch 12 Plan | B1230 | 2.00 | $ 800.00 | 1.00 | $ 120.00 | | |
| 7/15/2020 | DRJ-2 | Prepare Response to FCW   Objection to Motion to Confirm Ch 12 Plan | B1230 | 0.75 | $ 300.00 | 0.50 | $ 60.00 | | |
| 7/15/2020 | DRJ-2 | Telephone call with client | | | N/C | | | | |
| 7/15/2020 | DRJ-2 | Prepare Response to Bank of Nebraska  Objection to Motion to Confirm Ch 12 Plan | B1230 | 1.50 | $ 600.00 | 1.00 | $ 120.00 | | |
| 7/16/2020 | DRJ-2 | Finalize Responses to Objection to Confirmation of Plan | B1230 | 2.00 | $ 800.00 | | | | |
| 7/16/2020 | DRJ-2 | Serve and File Responses to Objections CH 12 Plan by Nebraska State Bank and Bank of the Sierra | B1230 | | | 1.00 | $ 120.00 | | |
| 7/16/2020 | DRJ-2 | Telephone call with client | | | N/C | | | | |
| 7/18/2020 | DRJ-4 | Research re Objection to Toronto Grp Claim | B1240 | 2.50 | $ 1,000.00 | | | | |
| 7/19/2020 | DRJ-4 | Draft Objection and documents for Objection to Claim | B1240 | 2.00 | $ 800.00 | | | | |
| 7/19/2020 | DRJ-4 | Telephone call with client | | | N/C | | | | |
| 7/20/2020 | DRJ-4 | Finalize  Objection to Toronto Claim Number 5 | B1240 | 1.50 | $ 600.00 | | | | |
| 7/20/2020 | DRJ-4 | Serve and File Objection to Claim | B1240 | | | 1.00 | $ 120.00 | Postage | $ 11.20 |
| 7/19/2020 | | Review MOR | B1200 | 0.20 | $ 80.00 | | | Copies | $ 61.20 |
| 7/20/2020 | | Serve and File MOR | B1200 | | | 0.30 | $ 36.00 | | |
| 7/20/2020 | | Telephone call with client | | | N/C | | | | |

| 7/23/2020 | DRJ-2 | Prepare for and attend hearings | B1230 | 4.00 | $ 1,600.00 | | | Court Call | $ 20.60 |
| 7/26/2020 | | Research re Lis Pendens | B1240 | 2.50 | $ 1,000.00 | | | | |
| 7/26/2020 | | Meeting with clients | B1200 | 2.00 | $ 800.00 | | | | |
| 7/27/2020 | | Review Civil Minutes and Orders | B1230 | | | 0.75 | $ 90.00 | | |
| **July-20** | **DCN** | **Description** | **Task Code** | **DRJ Hrs** | **x 400/Hr** | **Support Staff 120/Hr** | **Non Atty $** | **Cost Desc.** | **Cost $** |
| | | | | | | | | | |
| 7/27/2020 | Adv Pro | Prepare Answer to Complaint | A12100 | 3.00 | $ 1,200.00 | 1.00 | $ 120.00 | | |
| 7/27/2020 | Adv Pro | Serve and file Answer to Complaint | A12100 | | | 1.00 | $ 120.00 | | |
| 7/27/2020 | Adv Pro | Telephone call with client | | | N/C | | | | |
| 7/30/2020 | | Letter to Fear Waddell regarding Lis Pendens | B1240 | 1.00 | $ 400.00 | 0.50 | $ 60.00 | | |
| | | | | **30.75** | **$ 12,300.00** | **10.45** | **$ 1,254.00** | | **$ 93.00** |

|  |  |
|---|---|
| **FEES** | **$ 12,300.00** |
| **SUPPORT** | **$ 1,254.00** |
| **COSTS** | **$ 93.00** |
| **TOTAL** | **$ 13,647.00** |

| August-20 | DCN | Description | Task Code | DRJ Hrs | x 400/Hr | Support Staff 120/Hr | Non Atty $ | Cost Desc. | Cost $ |
|---|---|---|---|---|---|---|---|---|---|
| 8/3/2020 | | Telephone conference with Lori Enrico,Esq., BOTS re plan treatment | B1230 | 1.00 | $ 400.00 | | | | |
| 8/4/2020 | | Emails and Zoom meeting with Ch 12 Trustee | B1230 | 0.75 | $ 300.00 | | | | |
| 8/5/2020 | | Telephone conference with Tom Campagne, Esq., Nebraska State Bank re plan treatment | B1230 | 0.60 | $ 240.00 | | | | |
| 8/5/2020 | Adv Pro | Preparation for telephone call with Peter Sauer | A12100 | 0.50 | $ 200.00 | | | | |
| 8/5/2020 | Adv Pro | Telephone call with Peter Sauer | A12100 | 0.75 | $ 300.00 | | | | |
| 8/5/2020 | | Review information from clients for MOR | B1200 | | | 0.50 | 60.00 | | |
| 8/5/2020 | | Telephone call with client | | | N/C | | | | |
| 8/8/2020 | DRJ-5 | Update and revise budget and provide to JES | B1230 | | | 2.10 | 252.00 | | |
| 8/9/2020 | DRJ-5 | Discuss budget with JES | B1230 | 1.00 | $ 400.00 | 1.00 | 120.00 | | |
| 8/10/2020 | | Telephone meeting with clients | B1230 | 1.00 | $ 400.00 | 0.70 | 84.00 | | |
| 8/13/2020 | DRJ-5 | Discuss Plan Budget and Analysis with JES | B1230 | 1.20 | $ 480.00 | | | | |
| 8/13/2020 | DRJ-5 | Telephone call with client | | | N/C | | | | |
| 8/14/2020 | Adv Pro | Prepare Amended Answer to Complaint | A12100 | 1.00 | $ 400.00 | | | | |
| 8/14/2020 | Adv Pro | Telephone call with client | | | N/C | | | | |
| 8/15/2020 | DRJ-5 | Discuss Plan Budget and Analysis with JES | B1230 | 1.50 | $ 600.00 | | | | |
| 8/15/2020 | DRJ-5 | Telephone call with client | | | N/C | | | | |
| 8/17/2020 | Adv Pro | Emails to/ from Peter Fear re Adversary | A12100 | 0.50 | $ 200.00 | | | | |
| 8/18/2020 | | Review Tax and Liquidation analysis from JES | B1230 | 0.70 | $ 280.00 | | | | |
| 8/18/2020 | DRJ-5 | Confer with JES re projections and finalize Budget | B1230 | 2.50 | $ 1,000.00 | 1.00 | 120.00 | | |
| 8/18/2020 | DRJ-5 | Revise Ch 12 Plan and prepration of supporting documents | B1230 | 2.80 | $ 1,120.00 | 1.70 | 204.00 | | |
| 8/18/2020 | DRJ-5 | Telephone call with client | | | N/C | | | | |
| 8/19/2020 | | Prepare Motion to Confirm CH 12 Plan | B1230 | 3.70 | $ 1,480.00 | 2.00 | 240.00 | | |
| 8/19/2020 | DRJ-5 | Review Plan and Motion with clients | B1230 | 1.30 | $ 520.00 | | | | |
| 8/20/2020 | DRJ-4 | Review Response by Toronto Grp | B1240 | 0.60 | $ 240.00 | | | | |
| 8/20/2020 | | Finalize Motion and Plan | B1230 | 1.70 | $ 680.00 | 1.50 | 180.00 | | |
| 8/21/2020 | DRJ-5 | File and Serve | B1230 | | $ - | 1.00 | 120.00 | BK Atty Ser | $ 558.60 |
| 8/21/2020 | DRJ-5 | Telephone call with client | | | N/C | | | | |
| 8/22/2020 | | Review MOR | B1200 | 0.10 | $ 40.00 | | | | |
| 8/22/2020 | | File and Serve MOR | B1200 | | $ - | 0.60 | 72.00 | | |
| 8/22/2020 | | Telephone call with client | | | N/C | | | | |

| August-20 | DCN | Description | Task Code | DRJ Hrs | x 400/Hr | Support Staff 120/Hr | Non Atty $ | Cost Desc. | Cost $ |
|---|---|---|---|---|---|---|---|---|---|
| 8/26/2020 | Adv Pro | Telephone calls and emails with Peter Sauer re Joint Discovery Report and Conference | A12100 | 0.70 | $ 280.00 | 0.20 | 24.00 | | |
| 8/26/2020 | Adv Pro | Prepare for and Appear ADV PRO Status Conference | A12100 | 1.00 | $ 400.00 | | | Court Call | $ 11.25 |
| 8/26/2020 | DRJ-4 | Prepare Debtors' Reply to Toronto Grp Resp to Obj to Claim | B1240 | 1.50 | $ 600.00 | | | | |
| 8/26/2020 | DRJ-4 | Telephone call with client | | | N/C | | | | |
| 8/27/2020 | DRJ-4 | Review Amended Claim filed by Toronto Group | B1240 | 0.30 | $ 120.00 | | | | |
| | | | | 26.70 | $ 10,680.00 | | 1476.00 | | $ 569.85 |

|  |  |
|---|---|
| **FEES** | **$10,680.00** |
| **SUPPORT** | **$1,476.00** |
| **COSTS** | **$569.85** |
| **TOTAL** | **$12,725.85** |

| Sep-20 | DCN | Description | Task Code | DRJ Hrs | x 400/Hr | Support Staff 120/Hr | Non Atty $ | Cost Desc. | Cost $ |
|---|---|---|---|---|---|---|---|---|---|
| 9/1/2020 | DRJ-4 | Review coutesy email form Peter Sauer, Esq. re Toronto Grp Amended Claim | B1240 | 0.20 | $ 80.00 | | | | |
| 9/2/2020 | DRJ-4 | Prepare for and appear Obj to Toronto POC | B1240 | 1.50 | $ 600.00 | | | Court Call | $ 11.25 |
| 9/2/2020 | DRJ-4 | Telephone call with client | B1240 | | N/C | | | | |
| 9/11/2020 | DRJ-5 | Telephone Conference with Michael Gomez, Esq. re FCW | B1230 | 1.20 | $ 480.00 | | | | |
| 9/12/2020 | DRJ-5 | Telephone Conference with Michael Gomez, Esq. re FCW | B1230 | 0.70 | $ 280.00 | | | | |
| 9/13/2020 | | Review information from clients for MOR | | | | 0.50 | $ 60.00 | | |
| 9/13/2020 | DRJ-5 | Review proposed stipulation to extend time for FCW | B1230 | 0.20 | $ 80.00 | | | | |
| 9/13/2020 | DRJ-5 | Telephone Conference with Michael Gomez, Esq. re FCW | B1230 | 1.00 | $ 400.00 | | | | |
| 9/13/2020 | DRJ-5 | Confer with clients | B1230 | 0.50 | $ 200.00 | | | | |
| 9/14/2020 | DRJ-5 | Emails to/from Michael Gomez, Esq. re FCW | B1230 | 0.30 | $ 120.00 | 0.50 | $ 60.00 | | |
| 9/15/2020 | DRJ-5 | Emails to/from Michael Gomez, Esq. re FCW finalize Stipulation to Extend Time | B1230 | 1.00 | $ 400.00 | | | | |
| 9/15/2020 | DRJ-5 | Confer with clients | B1230 | 0.70 | $ 280.00 | | | | |
| 9/15/2020 | DRJ-5 | Discuss and Obtain signature from Ch 12 Trustee re Stipluation for FCW extension of time | B1230 | 0.50 | $ 200.00 | 0.20 | $ 24.00 | | |
| 9/16/2020 | DRJ-5 | Telephone meeting with clients | B1230 | 1.20 | $ 480.00 | 0.75 | $ 90.00 | | |
| 9/17/2020 | DRJ-5 | Review Objection by Toronto Grp | B1230 | 0.30 | $ 120.00 | | | | |
| 9/18/2020 | DRJ-5 | Telephone Conference with Michael Gomez, Esq. re FCW | B1230 | 0.50 | $ 200.00 | | | | |
| 9/18/2020 | DRJ-5 | Review proposed stipulation to resolve FCW 506(b) and Plan Treatment | B1230 | 0.50 | $ 200.00 | | | | |
| 9/18/2020 | DRJ-5 | Telephone Conference with Michael Gomez, Esq. re FCW | B1230 | 1.50 | $ 600.00 | | | | |
| 9/21/2020 | DRJ-5 | Review revised Stipluation to resolve 506(b) and Plan Treatment for FCW, and obtain signature from Ch 12 Trustee | B1230 | 1.30 | $ 520.00 | 0.50 | $ 60.00 | | |
| 9/21/2020 | | Review MOR | B1200 | 0.10 | $ 40.00 | | | | |

| Sep-20 | DCN | Description | Task Code | DRJ Hrs | x 400/Hr | Support Staff 120/Hr | Non Atty $ | Cost Desc. | Cost $ |
|---|---|---|---|---|---|---|---|---|---|
| 9/20/2020 | | Telephone call with client | | | N/C | | | | |
| 9/23/2020 | DRJ-5 | Prepare Response to Objection by Toronto Grp | B1230 | 1.00 | $   400.00 | 0.50 | $   60.00 | | |
| 9/23/2020 | DRJ-5 | File and serve Response | | | | 0.30 | $   36.00 | | |
| 9/23/2020 | DRJ-5 | Telephone call with client | | | N/C | | | | |
| 9/25/2020 | ADV PRO | Discuss with John Phillips and clients' FRCP 26 disclosures | A12100 | 0.50 | $   200.00 | | | | |
| 9/30/2020 | DRJ-5 | Prepare for and Attend hearing on motion to confirm Plan dated August 21, 2020 | B1230 | 3.00 | $ 1,200.00 | | | Court Call | $ 33.00 |
| 9/30/2020 | DRJ-5 | Confer with Ch 12 Trustee e OCP | B1230 | 0.50 | $   200.00 | 0.50 | $   60.00 | | |
| 9/30/2020 | | Telephone call with clients | B1230 | 0.30 | $   120.00 | | | | |
| | | | | 18.50 | $ 7,400.00 | 3.75 | $  450.00 | | $ 44.25 |

|  |  |
|---|---|
| FEES | $ 7,400.00 |
| SUPPORT | $   450.00 |
| COSTS | $    44.25 |
| TOTAL | $ 7,894.25 |

| Oct-20 | DCN | Description | Task Code | DRJ Hrs | x 400/Hr | Support Staff 120/Hr | Non Atty $ | Cost Desc. | Cost $ |
|---|---|---|---|---|---|---|---|---|---|
| 10/1/2020 | DRJ-5 | Review and respond to email from Ch 12 Trustee re OCP details | B1230 | 0.5 | $ 200.00 | | | | |
| 10/1/2020 | DRJ-5 | Zoom meeting with Ch 12 Trustee re OCP | B1230 | 0.8 | $ 320.00 | | | | |
| 10/1/2020 | DRJ-5 | Telephone call with client | | | N/C | | | | |
| 10/2/2020 | DRJ-5 | Exchange emails and calls with Ch 12 Trustee re OCP | B1230 | 0.6 | $ 240.00 | 0.50 | $ 60.00 | | |
| 10/2/2020 | DRJ-5 | Prepare OCP draft and email same to Ch 12 Trustee | B1230 | 2.0 | $ 800.00 | 1.00 | $ 120.00 | | |
| 10/2/2020 | DRJ-5 | Review exhibit provided by Ch 12 Trustee for OCP and suggested revisions | B1230 | 0.5 | $ 200.00 | | | | |
| 10/2/2020 | DRJ-5 | Revise OCP and email same to Ch 12 Trustee | B1230 | 1.0 | $ 400.00 | 0.50 | $ 60.00 | | |
| 10/2/2020 | DRJ-5 | Finalize OCP and Exhibits and circulate for signatures | B1230 | | | 1.20 | $ 144.00 | | |
| 10/2/2020 | DRJ-5 | Telephone call with client | | | | | | | |
| 10/9/2020 | DRJ-5 | Obtain final signatures for OCP | B1230 | | | 0.50 | $ 60.00 | | |
| 10/10/2020 | ADV PRO | Review Plaintiffs FRCP 26 Disclosures | A12100 | 0.2 | $ 80.00 | | | | |
| 10/10/2020 | ADV PRO | Telephone call with client | | | N/C | | | | |
| 10/16/2020 | ADV PRO | Review Clients' suggested witness list and prepare FRCP 26 disclosures | A12100 | 1.1 | $ 440.00 | 0.60 | $ 72.00 | | |
| 10/18/2020 | | Finalize FRCP 26 disclosures and submit to Plaintiff | A12100 | 0.2 | $ 80.00 | 0.60 | $ 72.00 | | |
| 10/18/2020 | | Telephone call with client | | | N/C | | | | |
| 10/22/2020 | DRJ-5 | Review final exhibits and signatures | B1230 | 0.1 | $ 40.00 | | | | |
| 10/22/2020 | DRJ-5 | Prepare and file OCP, Exhibits and Signatures | B1230 | | | 0.70 | $ 84.00 | | |
| | | | | 7.00 | $ 2,800.00 | 5.60 | $ 672.00 | | |

|  |  |
|---|---|
| FEES | $ 2,800.00 |
| SUPPORT | $ 672.00 |
| COSTS | $0.00 |
| TOTAL | $ 3,472.00 |

| Nov-20 | DCN | Description | Task Code | DRJ Hrs | x 400/Hr | Suport Staff 120/Hr | Non Atty $ | Cost Desc. | Cost $ |
|---|---|---|---|---|---|---|---|---|---|
| 11/2/2020 | DRJ-6 | Confer with clients and Attorneys Phillips and Jeffcoach | A12100 | 1.2 | $ 480.00 | | | | |
| 11/16/2020 | DRJ-6 | Draft Application to Employ Special Litigation Cousel | B1210 | 1.7 | $ 680.00 | | | | |
| 11/20/2020 | DRJ-6 | Attention to signatures and finalization of Application | B1210 | 0.2 | $ 80.00 | 0.2 | $ 24.00 | | |
| | | | | 3.10 | $ 1,240.00 | 0.2 | $ 24.00 | | |

| | |
|---|---|
| FEES | $1,240.00 |
| SUPPORT | $24.00 |
| COSTS | $0.00 |
| TOTAL | $1,264.00 |

| December-20 | DCN | Description | Task Code | DRJ Hrs | x 400/Hr | Support Staff 120/Hr | Non Atty $ | Cost Desc. | Cost $ |
|---|---|---|---|---|---|---|---|---|---|
| 12/7/2020 | DRJ-6 | Review signatures and final Application to Employ Special Litigation Counsel | B1210 | 0.1 | $ 40.00 | | | | |
| 12/7/2020 | DRJ-6 | Prepare Proposed Order | B1210 | 0.2 | $ 80.00 | | | | |
| 12/7/2020 | DRJ-6 | File and Serve Application to Employ Special Litigation Counsel | B1210 | | | 0.2 | $ 24.00 | | |
| 12/27/2020 | DRJ-7 | Prepare fee application and related documents | B1210 | 1.5 | $ 600.00 | 1.5 | $ 180.00 | | |
| | | | | 1.80 | $ 720.00 | 1.7 | $ 204.00 | | |

| | |
|---|---|
| **FEES** | **$720.00** |
| **SUPPORT** | **$204.00** |
| **COSTS** | **$0.00** |
| **TOTAL** | **$924.00** |

# EXHIBIT C

Exhibit C
19

| Task Code | Date | DCN | Description | Task Code | DRJ Hrs | DRJ $ 400/Hr | Support Staff 120/Hr | Support Staff |
|---|---|---|---|---|---|---|---|---|
| B1200 | Pre-petition | | Pre-filing meetings and conferences with clients and John Phillips. Esq.  Analyze data and eligibility.  Preparation of Schedules and Petition and review with clients ( note:  no charge for updates  or filing fee from original filed case 20- | B1200 | 8.50 | $ 3,400.00 | 11.95 | $ 1,434.00 |
| B1200 | 3/12/2020 | | Refile | B1200 | N/C | | | |
| | 3/13/2020 | | Provide conformed documents to clients | B1200 | | | 0.30 | $ 36.00 |
| | 3/14/2020 | | Telephone call with clients | B1200 | N/C | | | |
| | 3/20/2020 | | Review client provided documents for 521 requirements | B1200 | 1.00 | $ 400.00 | 1.50 | $ 180.00 |
| | 3/18/2020 | | Meet and confer with James E. Salven, (JES) CPA re MORs and projections | B1200 | 0.50 | $ 200.00 | | |
| | 3/27/2020 | | Prepare and file Status Report | B1200 | 1.00 | $ 400.00 | 0.30 | $ 36.00 |
| | 4/2/2020 | | Preparation for and attend Status conference | B1200 | 1.00 | $ 400.00 | | |
| | 4/2/2020 | | Confer with clients re same | B1200 | 0.50 | $ 200.00 | | |
| | 4/8/2020 | | Discuss with Ch 12 Trustee re Covid 341 Notices | B1200 | 0.10 | $ 40.00 | | |
| | 4/8/2020 | | Respond to email from Ch 12 Trustee | B1200 | | | 0.20 | $ 24.00 |
| | 4/10/2020 | | Prepare and Provide 521 documents to Ch 12 | B1200 | | | 1.70 | $ 204.00 |
| | 4/12/2020 | | Telephone call with JES, CPA re MOR | B1200 | 0.20 | $ 80.00 | | $ - |
| | 4/12/2020 | | Telephone call with client | B1200 | N/C | | | |
| | 4/15/2020 | | Review MOR with client | B1200 | | | 0.20 | $ 24.00 |
| | 4/16/2020 | | Review MOR for filing | B1200 | 0.10 | $ 40.00 | | $ - |
| | 4/16/2020 | | File and serve MOR | B1200 | | | 0.20 | $ 24.00 |
| | 4/16/2020 | | Telephone call with client | B1200 | N/C | | | |
| | 4/17/2020 | | Review 2004 motions filed by FCW | B1200 | 0.30 | $ 120.00 | | $ - |
| | 4/27/2020 | | Telephone call with clients,  test Zoom | B1200 | 0.50 | $ 200.00 | | $ - |
| | 4/27/2020 | | Confer with clients and  examine documents re | B1200 | 1.00 | $ 400.00 | 0.50 | $ 60.00 |
| | 4/27/2020 | | Prepare eligibility ledger and documents to provide to Ch 12 Trustee | B1200 | | | 1.50 | $ 180.00 |
| | 4/29/2020 | | Preparation for and attend  341 hearing | B1200 | 1.50 | $ 600.00 | | $ - |
| | 4/29/2020 | | Declaration/Affadavit re ID SS | B1200 | 0.10 | $ 40.00 | | $ - |
| | 4/29/2020 | | Telephone call with client | B1200 | N/C | | | |
| | 5/11/2020 | | Meet and confer with Ch 12 Trustee | B1200 | 1.00 | $ 400.00 | 1.00 | $ 120.00 |
| | 5/13/2020 | | Prepare, file and serve Status Report | B1200 | 0.75 | $ 300.00 | 1.00 | $ 120.00 |
| | 5/13/2020 | | Telephone call with client | B1200 | N/C | | | |
| | 5/13/2020 | | Status report | B1200 | | | | |
| | 5/19/2020 | | Review MOR | B1200 | 0.30 | $ 120.00 | | |
| | 5/20/2020 | | Prepare for and attend Status Conference | B1200 | 2.20 | $ 880.00 | | |
| | 5/20/2020 | | File and serve MOR | B1200 | | | 0.75 | $ 90.00 |
| | 5/20/2020 | | Telephone call with client | B1200 | N/C | | | |
| | 5/26/2020 | | 2004 Exam Manjit Kaur | B1200 | N/C | | | |
| | 6/23/2020 | | File/Serve May MOR | B1200 | | | 0.50 | $ 60.00 |
| | 6/23/2020 | | Telephone call with client | B1200 | N/C | | | |
| | 6/24/2020 | | Telephone call with client | B1200 | N/C | | | |
| | 6/25/2020 | | Prepare for and attend Status Conference | B1200 | 0.50 | $ 200.00 | | |
| | 6/25/2020 | | Telephone call with client | B1200 | N/C | | | |
| | 6/27/2020 | | Review Subpoena by FCW for Bachitar Sooch and B & S Farms | B1200 | 0.30 | $ 120.00 | | |
| | 7/10/2020 | | Review and forward MOR Information to JES | B1200 | | | 0.20 | $ 24.00 |
| | 7/19/2020 | | Review MOR | B1200 | 0.20 | $ 80.00 | | |
| | 7/20/2020 | | Serve and File MOR | B1200 | | | 0.30 | $ 36.00 |
| | 7/20/2020 | | Telephone call with client | B1200 | N/C | | | |
| | 7/26/2020 | | Meeting with clients | B1200 | 2.00 | $ 800.00 | | |
| | 8/5/2020 | | Review information from clients for MOR | B1200 | | | 0.50 | 60.00 |
| | 8/5/2020 | | Telephone call with client | B1200 | N/C | | | |
| | 8/22/2020 | | Review MOR | B1200 | 0.10 | $ 40.00 | | |

Exhibit C
20

| | Date | | Description | Code | Hours | $ | Amount | Hours | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | 8/22/2020 | | File and Serve MOR | B1200 | | | | 0.60 | | 72.00 |
| | 8/22/2020 | | Telephone call with client | | | N/C | | | | |
| | 9/13/2020 | | Review information from clients for MOR | B1200 | | | | 0.50 | $ | 60.00 |
| | 9/21/2020 | | Review MOR | B1200 | 0.10 | $ | 40.00 | | | |
| **B1200 Total** | | | *Not including Pre-petition* | | **15.25** | | **6100.00** | **11.75** | | **1410.00** |
| | | | | | | | | | | |
| **B1210** | 3/30/2020 | DRJ-1 | Prepare, file and serve Motion to Employ DRJ | B1210 | 1.00 | $ | 400.00 | 0.30 | $ | 36.00 |
| | 3/30/2020 | | Telephone call with clients | B1210 | | N/C | | | | |
| | 7/1/2020 | DRJ-3 | Prepare Motion to Employ JES | B1210 | 1.50 | $ | 600.00 | | | |
| | 7/1/2020 | DRJ-3 | Telephone call with client | B1210 | | N/C | | | | |
| | 7/1/2020 | DRJ-3 | File and Serve | B1210 | | $ | - | 0.50 | $ | 60.00 |
| | 11/16/2020 | DRJ-6 | Draft Application to Employ Special Litigation Cousel | B1200 | 1.70 | $ | 680.00 | | | |
| | 11/20/2020 | DRJ-6 | Attention to signatures and finalization of Application | B1200 | 0.20 | $ | 80.00 | 0.20 | $ | 24.00 |
| | 12/7/2020 | DRJ-6 | Review signatures and final Application to Employ Special Litigation Counsel | B1200 | 0.10 | $ | 40.00 | | | |
| | 12/7/2020 | DRJ-6 | Prepare Proposed Order | B1200 | 0.20 | $ | 80.00 | | | |
| | 12/7/2020 | DRJ-6 | File and Serve Application to Employ Special Litigation Counsel | B1200 | | $ | - | 0.20 | $ | 24.00 |
| | 12/27/2020 | DRJ-7 | Prepare fee application and related documents | B1210 | 1.50 | $ | 600.00 | 1.50 | $ | 180.00 |
| **B1210 TOTAL** | | | | | **6.20** | | **2480.00** | **2.70** | | **324.00** |
| | | | | | | | | | | |
| **B1230** | 4/19/2020 | | Meet with clients | B1230 | 1.50 | $ | 600.00 | | | |
| | 4/21/2020 | | Liquidation Analysis | B1230 | 1.00 | $ | 400.00 | 1.00 | $ | 120.00 |
| | 4/22/2020 | | Plan and Budget analysis | B1230 | 2.00 | $ | 800.00 | 1.50 | $ | 180.00 |
| | 4/22/2020 | | Telephone call with client | B1230 | | N/C | | | | |
| | 4/26/2020 | | Confer with Ch 12 Trustee re plan and other issues | B1230 | 0.40 | $ | 160.00 | 0.40 | $ | 48.00 |
| | 5/26/2020 | | Compile and Prepare Data for Budget Projections | B1230 | | | | 2.00 | $ | 240.00 |
| | 5/27/2020 | | Telephone call with client | B1230 | | N/C | | | | |
| | 5/2/2020 | | Meet and confer with clients re income/expenses | B1230 | 1.50 | $ | 600.00 | | | |
| | 5/3/2020 | | Exchange emails and documents | B1230 | | | | 1.00 | $ | 120.00 |
| | 5/3/2020 | | Telephone call with client | B1230 | | N/C | | | | |
| | 5/18/2020 | | Confer with JES re MOR and Budget preparations | B1230 | 0.50 | $ | 200.00 | 0.50 | $ | 60.00 |
| | 5/30/2020 | | Draft Plan and Liquidation calculations | B1230 | 3.20 | $ | 1,280.00 | 2.00 | $ | 240.00 |
| | 6/3/2020 | | Review budget with clients | B1230 | | | | 0.50 | $ | 60.00 |
| | 6/4/2020 | | Telephone call with client | B1230 | | N/C | | | | |
| | 6/8/2020 | DRJ-2 | Prepare Budget Templates | B1230 | | | | 2.00 | $ | 240.00 |
| | 6/8/2020 | DRJ-2 | Review Budget information with JES and clients | B1230 | 1.50 | $ | 600.00 | | | |
| | 6/9/2020 | DRJ-2 | Plan Preparation | B1230 | 1.50 | $ | 600.00 | | | |
| | 6/9/2020 | DRJ-2 | Telephone call with client | B1230 | | N/C | | | | |
| | 6/10/2020 | DRJ-2 | Finalize Plan | B1230 | 2.50 | $ | 1,000.00 | 3.00 | $ | 360.00 |
| | 6/10/2020 | DRJ-2 | Telephone call with client | B1230 | | N/C | | | | |
| | 6/10/2020 | DRJ-2 | Telephone calls and emails to/from JES | B1230 | 2.00 | $ | 800.00 | | | |
| | 6/10/2020 | DRJ-2 | Review Plan with clients | B1230 | 1.50 | $ | 600.00 | | | |
| | 6/10/2020 | DRJ-2 | File Plan | B1230 | | | | 0.50 | $ | 60.00 |
| | 6/16/2020 | DRJ-2 | Prepare Motion to Confirm | B1230 | 3.00 | $ | 1,200.00 | 2.00 | $ | 240.00 |
| | 6/16/2020 | DRJ-2 | Telephone call with client | B1230 | | N/C | | | | |
| | 6/17/2020 | DRJ-2 | Review Motion with clients | B1230 | 1.00 | $ | 400.00 | | | |
| | 6/17/2020 | DRJ-2 | Finalize Motion to Confirm | B1230 | 1.30 | $ | 520.00 | | | |
| | 6/17/2020 | DRJ-2 | File and Serve Motion to Confirm | B1230 | | | | 4.00 | $ | 480.00 |
| | 6/30/2020 | | Telephone call with Michael Gomez counsel for | B1230 | 0.45 | $ | 180.00 | 0.45 | $ | 54.00 |

Exhibit C
21

| Date | TK | Description | Code | Hours | | Amount | Hours | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 7/9/2020 | DRJ-2 | Telephone conference with Michael Gomez re | B1230 | 0.70 | $ | 280.00 | 0.70 | $ | 84.00 |
| 7/9/2020 | DRJ-2 | Review Objection to Confirmation of Plan by FCW | B1230 | 0.20 | $ | 80.00 | | | |
| 7/9/2020 | DRJ-2 | Review Objection to Confirmation of Plan by BOTS | B1230 | 0.40 | $ | 160.00 | | | |
| 7/9/2020 | DRJ-2 | Review Objection to Confirmation of Plan by Nebraska State Bank | B1230 | 0.50 | $ | 200.00 | | | |
| 7/9/2020 | DRJ-2 | Review Objection to Confirmation of Plan by Toronto Grp | B1230 | 1.00 | $ | 400.00 | | | |
| 7/9/2020 | DRJ-2 | Telephone call with client | | | N/C | | | | |
| 7/15/2020 | DRJ-2 | Prepare Response to Toronto Gp Objection to Motion to Confirm Ch 12 Plan | B1230 | 1.50 | $ | 600.00 | 1.00 | $ | 120.00 |
| 7/15/2020 | DRJ-2 | Telephone call with client | | | N/C | | | | |
| 7/15/2020 | DRJ-2 | Prepare Response to BOTS Objection to Motion to Confirm Ch 12 Plan | B1230 | 2.00 | $ | 800.00 | 1.00 | $ | 120.00 |
| 7/15/2020 | DRJ-2 | Prepare Response to FCW Objection to Motion to Confirm Ch 12 Plan | B1230 | 0.75 | $ | 300.00 | 0.50 | $ | 60.00 |
| 7/15/2020 | DRJ-2 | Prepare Response to Bank of Nebraska Objection to Motion to Confirm Ch 12 Plan | B1230 | 1.50 | $ | 600.00 | 1.00 | $ | 120.00 |
| 7/16/2020 | DRJ-2 | Finalize Responses to Objection to Confirmation of Plan | B1230 | 2.00 | $ | 800.00 | | | |
| 7/16/2020 | DRJ-2 | Serve and File Responses to Objections CH 12 Plan by Nebraska State Bank and Bank of the Sierra | B1230 | | $ | - | 1.00 | $ | 120.00 |
| 7/16/2020 | DRJ-2 | Telephone call with client | | | N/C | | | | |
| 7/23/2020 | DRJ-2 | Prepare for and attend hearings | B1230 | 4.00 | $ | 1,600.00 | | | |
| 7/27/2020 | | Review Civil Minutes and Orders | B1230 | | $ | - | 0.75 | $ | 90.00 |
| 8/3/2020 | | Telephone conference with Lori Enrico, Esq. BOTS re plan treatment | B1230 | 1.00 | $ | 400.00 | | | |
| 8/4/2020 | | Emails and Zoom meeting with Ch 12 Trustee | B1230 | 0.75 | $ | 300.00 | | | |
| 8/5/2020 | | Telephone conference with Tom Campagne, Esq. Nebraska State Bank re plan treatment | B1230 | 0.60 | $ | 240.00 | | | |
| 8/8/2020 | DRJ-5 | Update and revise budget and provide to JES | B1230 | | $ | - | 2.10 | $ | 252.00 |
| 8/9/2020 | DRJ-5 | Discuss budget with JES | B1230 | 1.00 | $ | 400.00 | 1.00 | $ | 120.00 |
| 8/10/2020 | | Telephone Meeting with clients | B1230 | 1.00 | $ | 400.00 | 0.70 | $ | 84.00 |
| 8/13/2020 | DRJ-5 | Discuss Plan Budget and Analysis with JES | B1230 | 1.20 | $ | 480.00 | | | |
| 8/13/2020 | DRJ-5 | Telephone call with client | | | N/C | | | | |
| 8/15/2020 | DRJ-5 | Discuss Plan Budget and Analysis with JES | B1230 | 1.50 | $ | 600.00 | | | |
| 8/15/2020 | DRJ-5 | Telephone call with client | | | N/C | | | | |
| 8/18/2020 | | Review Tax and Liquidation analysis from JES | B1230 | 0.70 | $ | 280.00 | | | |
| 8/18/2020 | DRJ-5 | Confer with JES re projections and finalize Budget | B1230 | 2.50 | $ | 1,000.00 | 1.00 | $ | 120.00 |
| 8/18/2020 | DRJ-5 | Revise Ch 12 Plan and prepration of supporting | B1230 | 2.80 | $ | 1,120.00 | 1.70 | $ | 204.00 |
| 8/18/2020 | DRJ-5 | Telephone call with client | | | N/C | | | | |
| 8/19/2020 | | Prepare Motion to Confirm CH 12 Plan | B1230 | 3.70 | $ | 1,480.00 | 2.00 | $ | 240.00 |
| 8/19/2020 | DRJ-5 | Review Plan and Motion with clients | B1230 | 1.30 | $ | 520.00 | | | |
| 8/20/2020 | DRJ-5 | Finalize Motion and Plan | B1230 | 1.70 | $ | 680.00 | 1.50 | $ | 180.00 |
| 8/21/2020 | DRJ-5 | File and Serve | B1230 | | $ | - | 1.00 | $ | 120.00 |
| 8/21/2020 | DRJ-5 | Telephone call with client | B1230 | | N/C | | | | |
| 9/11/2020 | DRJ-5 | Telephone Conference with Michael Gomez, Esq. re FCW | B1230 | 1.20 | $ | 480.00 | | | |
| 9/12/2020 | DRJ-5 | Telephone Conference with Michael Gomez, Esq. re FCW | B1230 | 0.70 | $ | 280.00 | | | |
| 9/13/2020 | DRJ-5 | Review proposed stipulation to extend time for FCW | B1230 | 0.20 | $ | 80.00 | | | |
| 9/13/2020 | DRJ-5 | Telephone Conference with Michael Gomez, Esq. re FCW | B1230 | 1.00 | $ | 400.00 | | | |
| 9/13/2020 | DRJ-5 | Confer with clients | B1230 | 0.50 | $ | 200.00 | | | |
| 9/14/2020 | DRJ-5 | Emails to/from Michael Gomez, Esq. re FCW | B1230 | 0.30 | $ | 120.00 | 0.50 | $ | 60.00 |
| 9/15/2020 | DRJ-5 | Emails to/from Michael Gomez, Esq. re FCW finalize Stipulation to Extend Time | B1230 | 1.00 | $ | 400.00 | | | |
| 9/15/2020 | DRJ-5 | Confer with clients | B1230 | 0.70 | $ | 280.00 | | | |
| 9/15/2020 | DRJ-5 | Discuss and Obtain signature from Ch 12 Trustee re Stipulation for FCW extension of time | B1230 | 0.50 | $ | 200.00 | 0.20 | $ | 24.00 |
| 9/16/2020 | DRJ-5 | Telephone meeting with clients | B1230 | 1.20 | $ | 480.00 | 0.75 | $ | 90.00 |

Exhibit C
22

| Date | Atty | Description | Code | Hours | Amount | Hours | Amount |
|------|------|-------------|------|-------|--------|-------|--------|
| 9/17/2020 | DRJ-5 | Review Objection by Toronto Grp | B1230 | 0.30 | $ 120.00 | | |
| 9/18/2020 | DRJ-5 | Telephone Conference with Michael Gomez, Esq. re FCW | B1230 | 0.50 | $ 200.00 | | |
| 9/18/2020 | DRJ-5 | Review proposed stipulation to resolve FCW 506(b) and Plan Treatment | B1230 | 0.50 | $ 200.00 | | |
| 9/18/2020 | DRJ-5 | Telephone Conference with Michael Gomez, Esq. re FCW | B1230 | 1.50 | $ 600.00 | | |
| 9/21/2020 | DRJ-5 | Review revised Stipulation to resolve 506(b) and Plan Treatment for FCW, and obtain signature from Ch 12 Trustee | B1230 | 1.30 | $ 520.00 | 0.50 | $ 60.00 |
| 9/23/2020 | DRJ-5 | Prepare Response to Objection by Toronto Grp | B1230 | 1.00 | $ 400.00 | 0.50 | $ 60.00 |
| 9/23/2020 | DRJ-5 | File and serve Response | B1230 | | | 0.30 | $ 36.00 |
| 9/30/2020 | DRJ-5 | Prepare for and Attend hearing on motion to confirm Plan dated August 21, 2020 | B1230 | 3.00 | $ 1,200.00 | | |
| 9/30/2020 | DRJ-5 | Confer with Ch 12 Trustee re OCP | B1230 | 0.50 | $ 200.00 | 0.50 | $ 60.00 |
| 9/30/2020 | | Telephone call with clients | B1230 | 0.30 | $ 120.00 | | |
| 10/1/2020 | DRJ-5 | Review and respond to email from Ch 12 Trustee re OCP details | B1230 | 0.50 | $ 200.00 | | |
| 10/1/2020 | DRJ-5 | Zoom meeting with Ch 12 Trustee re OCP | B1230 | 0.80 | $ 320.00 | | |
| 10/1/2020 | DRJ-5 | Telephone call with client | | | N/C | | |
| 10/2/2020 | DRJ-5 | Exchange mails and calls with Ch 12 Trustee re OCP | B1230 | 0.60 | $ 240.00 | 0.50 | $ 60.00 |
| 10/2/2020 | DRJ-5 | Prepare OCP draft and email same to Ch 12 Trustee | B1230 | 2.00 | $ 800.00 | 1.00 | $ 120.00 |
| 10/2/2020 | DRJ-5 | Review exhibit provided by Ch 12 Trustee for OCP and suggested revisions | B1230 | 0.50 | $ 200.00 | | |
| 10/2/2020 | DRJ-5 | Revise OCP and email same to Ch 12 Trustee | B1230 | 1.00 | $ 400.00 | 0.50 | $ 60.00 |
| 10/2/2020 | DRJ-5 | Finalize OCP and Exhibits and circulate for signatures | B1230 | | | 1.20 | $ 144.00 |
| 10/9/2020 | DRJ-5 | Obtain final signatures for OCP | B1230 | | | 0.50 | $ 60.00 |
| 10/22/2020 | DRJ-5 | Review final exhibits and signatures | B1230 | 0.10 | $ 40.00 | | |
| 10/22/2020 | DRJ-5 | Prepare and file OCP, Exhibits and Signatures | B1230 | | | 0.70 | $ 84.00 |
| **B1230 Total** | | | | **80.85** | **32340.00** | **45.45** | **5454.00** |
| **B1240** | | | | | | | |
| 7/18/2020 | DRJ-4 | Research re Objection to Toronto Grp Claim | B1240 | 2.50 | $ 1,000.00 | | |
| 7/19/2020 | DRJ-4 | Draft Objection and documents for Objection to Claim | B1240 | 2.00 | $ 800.00 | | |
| 7/19/2020 | DRJ-4 | Telephone call with client | | | N/C | | |
| 7/20/2020 | DRJ-4 | Finalize Objection to Toronto Claim Number 5 | B1240 | 1.50 | $ 600.00 | | |
| 7/20/2020 | DRJ-4 | Serve and File Obj to Claim | B1240 | | $ - | 1.00 | $ 120.00 |
| 7/26/2020 | | Research re Lis Pendens | B1240 | 2.50 | $ 1,000.00 | | |
| 7/30/2020 | | Letter to Fear Waddell regarding Lis Pendens | B1240 | 1.00 | $ 400.00 | 0.50 | $ 60.00 |
| 8/20/2020 | DRJ-4 | Review Response by Toronto Grp | B1240 | 0.60 | $ 240.00 | | |
| 8/26/2020 | DRJ-4 | Prepare Debtors' Reply to Toronto Grp Resp to Obj to Claim | B1240 | 1.50 | $ 600.00 | | |
| 8/26/2020 | DRJ-4 | Telephone call with client | B1240 | | N/C | | |
| 8/27/2020 | DRJ-4 | Review Amended Claim filed by Toronto Group | B1240 | 0.30 | $ 120.00 | | |
| 9/1/2020 | DRJ-4 | Review coutesy email form Peter Sauer, Esq. re Toronto Grp amended Claim | B1240 | 0.20 | $ 80.00 | | |
| 9/2/2020 | DRJ-4 | Prepare for and appear Obj to Toronto POC | B1240 | 1.50 | $ 600.00 | | |
| 9/2/2020 | DRJ-4 | Telephone call with client | | | N/C | | |
| **B1240 Total** | | | | **13.60** | **5440.00** | **1.50** | **180.00** |
| **A12100** | | | | | | | |
| 5/29/2020 | | Telephone call with John Phillips | A12100 | 0.75 | $ 300.00 | 0.75 | $ 90.00 |

Exhibit C
23

| Date | Code | Description | Account | Hours | Amount | Hours | Amount |
|------|------|-------------|---------|-------|--------|-------|--------|
| 7/27/2020 | Adv Pro | Prepare Answer to Complaint | A12100 | 3.00 | $ 1,200.00 | 1.00 | 120.00 |
| 7/27/2020 | Adv Pro | Telephone call with client | | | N/C | | |
| 7/27/2020 | Adv Pro | Serve and file Answer to Complaint | A12100 | | | 1.00 | 120.00 |
| 8/5/2020 | Adv Pro | Preparation for telephone call with Pete Sauer | A12100 | 0.50 | $ 200.00 | | |
| 8/5/2020 | Adv Pro | Telephone call with Peter Sauer | A12100 | 0.75 | $ 300.00 | | |
| 8/14/2020 | Adv Pro | Prepare Amended Answer to Complaint | A12100 | 1.00 | $ 400.00 | | |
| 8/14/2020 | Adv Pro | Telephone call with client | | | N/C | | |
| 8/17/2020 | Adv Pro | Emails to/ from Peter Fear re Adversary | A12100 | 0.50 | $ 200.00 | | |
| 8/26/2020 | Adv Pro | Telephone calls and emails with Peter Sauer re Joint Discovery Report and Conference | A12100 | 0.70 | $ 280.00 | 0.20 | $ 24.00 |
| 8/26/2020 | Adv Pro | Prepare for and Appear ADV PRO Status Conference | A12100 | 1.00 | $ 400.00 | | |
| 9/25/2020 | ADV PRO | Discuss with John Phillips and Clients FRCP 26 disclosures | A12100 | 0.50 | $ 200.00 | | |
| 10/10/2020 | ADV PRO | Review Plaintiffs FRCP 26 Disclosures | A12100 | 0.20 | $ 80.00 | | |
| 10/10/2020 | ADV PRO | Telephone call with client | | | N/C | | |
| 10/16/2020 | ADV PRO | Review clients' suggested witness list and prepare FRCP 26 disclosures | A12100 | 1.10 | $ 440.00 | 0.60 | $ 72.00 |
| 10/18/2020 | | Finalize FRCP 26 disclosures and submit to Plaintiff | A12100 | 0.20 | $ 80.00 | 0.60 | $ 72.00 |
| 10/18/2020 | | Telephone call with client | | | N/C | | |
| 11/2/2020 | DRJ-6 | Confer with Clients and Attorneys Phillips and Jeffcoach | A12100 | 1.20 | $ 480.00 | | |
| **A12100 Total** | | | | **11.40** | **4560.00** | **4.15** | **498.00** |

Exhibit C
24

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT D

| Transaction Date | DCN | Task Code | Cost Desc. | Cost $ |
|---|---|---|---|---|
| 3/27/2020 | | B1200 | Copies | $ 3.60 |
| 3/27/2020 | | B1200 | Postage | $ 7.80 |
| 3/30/2020 | DRJ-1 | B1210 | Postage | $ 7.80 |
| 3/30/2020 | | B1210 | Copies | $ 6.00 |
| 4/2/2020 | | B1200 | Court Call | $ 73.25 |
| 4/2/2020 | | B1200 | Copies | $ 0.50 |
| 5/13/2020 | | B1200 | Copies | $ 0.80 |
| 5/13/2020 | | B1200 | Postage | $ 1.00 |
| 5/20/2020 | Status | B1200 | Court Call | $ 22.50 |
| 6/17/2020 | DRJ-2 | B1230 | Postage | $ 76.80 |
| 6/17/2020 | DRJ-2 | B1230 | Copies | $ 163.20 |
| 6/25/2020 | | B1200 | Court Call | $ 22.50 |
| 7/20/2020 | DRJ-4 | B1240 | Postage | $ 11.20 |
| 7/19/2020 | | B1200 | Copies | $ 61.20 |
| 7/23/2020 | DRJ-2 | B1230 | Court Call | $ 20.60 |
| 8/21/2020 | DRJ-5 | B1230 | BK Atty Services | $ 558.60 |
| 8/26/2020 | Adv Pro | A12100 | Court Call | $ 11.25 |
| 9/2/2020 | DRJ-4 | B1240 | Court Call | $ 11.25 |
| 9/30/2020 | DRJ-5 | B1230 | Court Call | $ 33.00 |
| | | | | $ 1,092.85 |

| Transaction Date | DCN | Task Code | Cost Desc. | Cost $ |
|---|---|---|---|---|
| 8/26/2020 | Adv Pro | A12100 | Court Call | $ 11.25 |
| | | | | |
| 3/27/2020 | | B1200 | Copies | $ 3.60 |
| 3/27/2020 | | B1200 | Postage | $ 7.80 |
| 4/2/2020 | | B1200 | Court Call | $ 73.25 |
| 4/2/2020 | | B1200 | Copies | $ 0.50 |
| 5/13/2020 | | B1200 | Copies | $ 0.80 |
| 5/13/2020 | | B1200 | Postage | $ 1.00 |
| 5/20/2020 | Status | B1200 | Court Call | $ 22.50 |
| 6/25/2020 | | B1200 | Court Call | $ 22.50 |
| 7/19/2020 | | B1200 | Copies | $ 61.20 |
| | | | | |
| 3/30/2020 | DRJ-1 | B1210 | Postage | $ 7.80 |
| 3/30/2020 | | B1210 | Copies | $ 6.00 |
| | | | | |
| 6/17/2020 | DRJ-2 | B1230 | Postage | $ 76.80 |
| 6/17/2020 | DRJ-2 | B1230 | Copies | $ 163.20 |
| 8/21/2020 | DRJ-5 | B1230 | BK Atty Services | $ 558.60 |
| 7/23/2020 | DRJ-2 | B1230 | Court Call | $ 20.60 |
| 9/30/2020 | DRJ-5 | B1230 | Court Call | $ 33.00 |
| | | | | |
| 7/20/2020 | DRJ-4 | B1240 | Postage | $ 11.20 |
| 9/2/2020 | DRJ-4 | B1240 | Court Call | $ 11.25 |